**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

GREGORY ROLAND

        Plaintiff,               CASE NO.: 1:23-cv-00337

v.

CHIVE MEDIA GROUP, LLC

        Defendant,
_____/

## ORDER

The Court, having reviewed and considered the Stipulation of the Parties, and good cause appearing therefore, hereby issues the following FINDINGS AND ORDERS:

1. The Parties have submitted a Joint Stipulation to Transfer Venue in which the Parties agree that this action may be transferred from the Northern District of Illinois to the Western District of Texas, Austin Division, where the Defendant is based.

2. The Stipulation of the Parties to transfer venue of this case to the United States District Court Western District of Texas, Austin Division is therefore APPROVED.

3. This case is hereby TRANSFERRED to the United States District Court Western District of Texas, Austin Division, for all further proceedings pursuant to 28 U.S.C. § 1404(a).

4. The hearing on Defendant's Motion to Transfer Venue, currently scheduled for May 31, 2023, is VACATED.

5. All deadlines previously set in connection with the foregoing Motion to Transfer hearing date are VACATED.

6. The Clerk is directed to transfer this case to the United States District Court Western District of Texas, Austin Division, forthwith.

Dated: April 4, 2023

                                                                     U.S. District Judge Elaine E. Bucklo

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Andrew J. Shamis, Esq.*
Andrew J. Shamis, Esq.
Bar Number: 101754
Shamis and Gentile, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Phone: 305-479-2299
Fax: 786-623-0915
efilings@shamisgentile.com